JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | ) ) ) | CASE NO. 2:12-CV-8694-SVW (SH) |
| Plaintiff, | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) ) | |
| SKINNY CORP., LLC d/b/a THREADLESS.COM | ) ) ) | |
| Defendant. | ) | |

The Court having been advised that the parties have executed a settlement agreement;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated. The Court VACATES all pending hearings and deadlines.

This Order shall not prejudice any party to this action.

Dated: February 22, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge